1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5

6   JAMES LYNN O'HINES,
7                  Plaintiff,              No. C 09-2919 PJH (PR)
8       vs.                                **ORDER OF DISMISSAL**
9   INTERNAL AFFAIRS DIVIDISON, et al.,
10                 Defendants.
                                        /
11
    JAMES LYNN O'HINES,
12
                   Plaintiff,              No. C 09-2928 PJH (PR)
13
        vs.                                **ORDER OF DISMISSAL**
14
    COLO CLARK FARMS USA, et al.,
15
                   Defendants.
16                                      /

17  JAMES LYNN O'HINES,
                                           No. C 09-2929 PJH (PR)
18                 Plaintiff,
                                           **ORDER OF DISMISSAL**
19      vs.

20  CALIFORNIA STATE ATTORNEY
    GENERAL'S OFFICE, et al.,
21
                   Defendants.
22                                      /

23  JAMES LYNN O'HINES,

24                 Plaintiff,              No. C 09-2930 PJH (PR)

25      vs.                                **ORDER OF DISMISSAL**

26  MOORS, et al.,

27                 Defendants.
                                        /
28

|   |   |
|---|---|
| JAMES LYNN O'HINES, | No. C 09-2920 PJH (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| SAN DIEGO POLICE DEPARTMENT, et al., | |
| / | |

These are civil rights cases filed pro se by a prisoner housed in Florence, Arizona. On the day the cases were opened the clerk informed him that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"). Plaintiff was informed that if he did not either pay the fees or file IFP applications within thirty days the cases would be dismissed. Plaintiff has filed IFP applications, but none are supported by the printout of transactions in his inmate account required by 28 U.S.C. § 1915(a)(2) and the instructions on the form.

Because plaintiff has not paid the filing fees for these cases, and because his IFP applications do not comply with the statutory requirement and the court's instrucitons, they are **DISMISSED** without prejudice. The clerk shall close these files.

**IT IS SO ORDERED.**

Dated:  August 11, 2009.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.09\O'HINES2919.DSM.wpd

2